IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH BANKS, JR., et al.<br><br>    Plaintiffs<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>    Defendant | CASE NO. 1:06CV2109<br>Judge: Kennedy, Jr. J. HHK<br>Initial Scheduling Conference<br>11:45 a.m. May 11, 2007<br>Courtroom 27A |

## CONSENT MOTION TO EXTEND TIME

COMES NOW, the Plaintiffs, Elijah Banks, Jr. and Minnie Banks, as Co-Personal Representatives of the Estate of Mia Banks, Deceased and pursuant to Fed. R. Civ. P. 6(b) moves this Court for an enlargement of time within which to file Plaintiffs' response to Defendant's Motion for Partial Dismissal. Plaintiffs' counsel has obtained the consent of Defendant through counsel, Kathleen A. Carey, Esquire, Assistant General Counsel for WMATA by telephone conference on December 20, 2006. Plaintiffs Memorandum in support of this Motion is attached.

Respectfully submitted,

ALEXANDER & CLEAVER, P.A.

By: /S/
James A. Cleaver #382383

By: /S/
Joseph P. Hart #313502
11414 Livingston Road
Fort Washington, MD 20744
(301) 292-3300

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Consent Motion to Extend Time was mailed, postage pre-paid this <u>21st</u> day of December, 2006 to: Kathleen A. Carey, Esquire, Assistant General Counsel, WMATA, 600 Fifth Street, N.W., Washington, D.C. 20001.

                                                            /S/
                                           Joseph P. Hart #313502

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., et al.

        Plaintiffs

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

        Defendant

CASE NO. 1:06CV2109
Judge: Kennedy, Jr. J. HHK
Initial Scheduling Conference
11:45 a.m. May 11, 2007
Courtroom 27A

### MEMORANDUM IN SUPPORT OF CONSENT MOTION TO EXTEND TIME

1. This action arises from the death of Plaintiffs' daughter, Mia Banks when struck by a Metro bus at 3rd and D Street, S.W., Washington, D.C. on December 22, 2005.

2. Plaintiffs as Co-Personal Representatives of the Estate of Mia Banks filed a complaint for wrongful death and survival in the Superior Court of the District of Columbia on November 20, 2006.

3. Defendant Washington Metropolitan Area Transit Authority (WMATA) removed this case to this Court on December 12, 2006.

4. Defendant's filed a Motion for Partial Dismissal on December 13, 2006.

5. Plaintiffs' comes before this Court to request an extension of time within which to file response to Defendant's motion up to and including January 16, 2007.

6. Counsel for Defendant, WMATA, Kathleen Carey, Esquire has consented to Plaintiffs request to extend the time within which to file response to their motion up to and including January 16, 2007.

7. Due to the press of other matters and in order to adequately review and examine Defendant's Motion, Plaintiffs require this additional time in order to file proper response to this Motion.

8. This Court has set its initial Scheduling Conference for May 11, 2007 in Courtroom 27A at 11:45 a.m.

9. There have been no previous continuances requested by Plaintiffs concerning this Motion and this continuance will not in any way interfere with the previously scheduled activity by the Court in this case.

WHEREFORE, in the interest of justice and in order to allow Plaintiffs the necessary time to respond to Defendant's motion, plaintiffs pursuant to Fed.R. Civ.P. 6(b) respectfully requests that this Court extend the time for response up to and including January 16, 2007.

Respectfully submitted,

ALEXANDER & CLEAVER, P.A.

By: /S/
Joseph P. Hart #313502
11414 Livingston Road
Fort Washington, MD 20744
(301) 292-3300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., et al.

    Plaintiffs

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

    Defendant

CASE NO. 1:06CV2109
Judge: Kennedy, Jr. J. HHK
Initial Scheduling Conference
11:45 a.m. May 11, 2007
Courtroom 27A

## ORDER GRANTING PLAINTIFFS' CONSENT MOTION

Upon Motion by Plaintiffs and the consent of counsel for defense, the Court having reviewed this Motion and Memorandum, it is this _____ day of December, 2006,

ORDERED, that Plaintiffs Motion is reasonable and should be granted, and it is,

FURTHER ORDERED, that Plaintiffs' Motion to Extend Time to Respond to Defense Motion is hereby GRANTED, and it is

FURTHER ORDERED, that Plaintiffs shall have up to and including January 16, 2007 within which to file its response to Defendant's motion.

_____
Judge, U.S. District Court for the District
of Columbia