IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., Individually
and as Co-Personal Representative
of the Estate of Mia D. Banks, Deceased

    and

MINNIE BANKS, Individually
and as Co-Personal Representative
of the Estate of Mia D. Banks, Deceased

    Plaintiffs

    v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

    Defendant

CASE NO. 1:06CV2109
Judge: Kennedy, Jr J. HHK
Initial Scheduling Conference
11:45 a.m. May 11, 2007
Courtroom 27A

## **AMENDED COMPLAINT**
(Wrongful Death and Survivorship - Auto Negligence / Jury Trial Demand

COMES NOW, Elijah Banks, Jr. and Minnie Banks, individually and as Co-Personal Representatives of the Estate of Mia D. Banks, Deceased, by and through their attorneys, James A. Cleaver and Joseph P. Hart and the law firm of Alexander & Cleaver, P.A., and respectively represents to this Court as follows:

That this Court has jurisdiction of the subject matter herein pursuant to the WMATA Compact, Public Law 89-774, paragraph 81, approved by Congress on November 6, 1966, as amended, at D.C. Code 9-1107.01, Section 81.

## **COUNT I**
(Survivorship)

1. That the Plaintiff, Elijah Banks, Jr., is, and was at all times hereafter mentioned, domiciled in and a citizen of the Commonwealth of Virginia, residing at 15197 Valley Stream Drive, Woodbridge, Virginia 22191.

2. That the Plaintiff, Minnie Banks, is, and was at all times hereafter mentioned, domiciled in and a citizen of the State of Maryland, residing at 3114 Brightseat Road, Landover, Maryland 20785.

3. That the Plaintiffs, Elijah Banks, Jr. and Minnie Banks are the legal representatives and Co-Personal Representatives of the Estate of Mia D. Banks, who died without spouse, child or decedant on December 22, 2005.

4. The Decedant, Mia D. Banks was survived by her mother, Minnie Banks and her father, Elijah Banks, Jr. and two siblings.

5. That the Defendant, Washington Metropolitan Area Transit Authority, (hereinafter "WMATA") among other things operates buses on a fare paying basis in the area in and around the District of Columbia.

6. That on Thursday, December 22, 2005 at approximately 0855 hours (military) the Decedant, Mia D. Banks, was lawfully in the crosswalk at the intersection of 3rd Street and D Street, S.W. in the District of Columbia.

7. That on the same date and time as aforesaid, the Defendant, WMATA, through its authorized agent, servant, and or employee, Matthew Thomas Johnson, was operating a 1994 Flxible bus east on D Street at or near the intersection with 3rd Street, S.W. in the District of Columbia.

8. That at all times herein mentioned, Matthew Thomas Johnson was

       operating WMATA's 1994 Flxible bus in the course of his agency, employment and or servantship for WMATA and with the consent and permission of Defendant, WMATA.

9. That as the Decedent, Mia D. Banks, proceeded cautiously and lawfully in the crosswalk, she was suddenly and without warning struck by WMATA's 1994 Flxible bus then and there operated by their agent, servant and or employee, Matthew Thomas Johnson.

10. That the Defendant, WMATA, operated their vehicle in a negligent, careless and reckless manner and in violation of the traffic regulations then and there in force within the District of Columbia.

11. That it was then and there the duty of the Defendant, WMATA, to pay full time and attention to their driving, to maintain a proper lookout, to keep their vehicle under proper control, to reduce the speed of their vehicle to avoid a collision, to yield the right of way, to obey a traffic control device, to operate their vehicle safely, and to obey all the traffic regulations then and there in force within the District of Columbia.

12. That not withstanding the aforesaid duties, the Defendant, WMATA, failed to pay full time and attention to their driving, failed to maintain a proper lookout, failed to keep their vehicle under proper control, failed to reduce the speed of their vehicle to avoid a collision, failed to yield the right of way, failed to obey a traffic control device, failed to operate their vehicle safely and failed to obey all traffic regulations then and there in force within the District of Columbia with the result that the Defendant, WMATA, caused

           their vehicle to strike and run over the Decendant, Mia D. Banks, who was in no wise contributorily negligent.

13.    As a result of negligence and/or gross negligence of the Defendant, WMATA, the Decedant, Mia D. Banks, suffered great physical pain, shock, agony and mental anguish, and her estate and beneficiaries have been deprived of the income Decedant would have earned as well as other damages all to its determent.

WHEREFORE, the Plaintiffs, Elijah Banks, Jr. and Minnie Banks, as legal representatives and Co-Personal Representative of the Estate of Mia D. Banks, demands judgement against the Defendant, Washington Metropolitan Area Transit Authority, jointly and severally, in the sum of TEN MILLION DOLLARS ($10,000,000.00).

## COUNT II

(Wrongful Death)

14.    The Plaintiffs, Elijah Banks, Jr. and Minnie Banks, as Co-Personal Representatives of the Estate of Mia D. Banks, Decedant, adopts and realleges each and every factual allegation set forth in paragraphs 1 - 13 of Count I herein, and further alleges that they were the parents and next of kin of the Decedant, Mia D. Banks and as a result of her death caused by negligence and or gross negligence of the Defendant, the Estate has incurred expenses for last illness and funeral expenses and, as her parents, they and her siblings will be deprived of the services, maintenance and support of their daughter and sister, Mia D. Banks, and they have been and will otherwise be damaged.

WHEREFORE, the Plaintiffs, Elijah Banks, Jr. and Minnie Banks, individually and as Co-Personal Representatives of the Estate of Mia D. Banks, demands judgement against the Defendant, Washington Metropolitan Area Transit Authority, jointly and severally in the sum of TEN MILLION DOLLARS ($10,000,000.00)

Respectfully submitted,

ALEXANDER & CLEAVER, P.A.

By:____/S/_____
     James A. Cleaver, #382383

By:____/S/_____
     Joseph P. Hart #313502
     11414 Livingston Road
     Fort Washington, MD 20744
     301-292-3300

Plaintiffs demand a trial by jury on all issues herein.

By:____/S/_____
     James A. Cleaver #382383

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., Individually
and as Co-Personal Representative
of the Estate of Mia D. Banks, Deceased

    and

MINNIE BANKS, Individually
and as Co-Personal Representative
of the Estate of Mia D. Banks, Deceased

    Plaintiffs

    v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

    Defendant

CASE NO. 1:06CV2109
Judge: Kennedy, Jr J. HHK
Initial Scheduling Conference
11:45 a.m. May 11, 2007
Courtroom 27A

## CERTIFICATE OF CONSENT

I, Kathleen Carey, Esquire, Counsel for Defendant, WMATA certify that I have read and consent to the filing of Plaintiffs' Amended Complaint in the above case.

                                                   ____/S/_____
                                                    Kathleen A. Carey #357990

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the Amended Complaint and Certificate of Consent was emailed and mailed, first class, postage pre-paid this 16th day of January, 2007 to: Kathleen Carey, Esquire, Assistant General Counsel, WMATA, 600 Fifth Street, Washington, D.C. 20001.

                      ___/S/_____
                        Joseph P. Hart #313502