IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH BANKS, JR.,<br>Individually and as Co-Personal<br>Representative of the Estate of<br>Mia Banks, deceased<br>15197 Valley Stream Drive<br>Woodbridge, Virginia  22919<br><br>and<br><br>MINNIE BANKS,<br>Individually and as Co-Personal<br>Representative of the Estate of<br>Mia Banks, deceased<br>3114 Brightseat Road<br>Landover, Maryland  20785<br><br>          Plaintiffs,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C.   20001<br><br>          Defendant. | CASE NO. 1:06CV2109 (HHK)<br>ISC May 11, 2007 at 11:45am |

**DEFENDANT WMATA'S**
**ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby states its Answer to the Amended Complaint.

**Responses to Paragraphs In Plaintiffs' Amended Complaint**

The defendant admits only that this Court has jurisdiction over this action pursuant to Section 81 of the WMATA Compact, reprinted as D.C.

Code Section 9-1107.01 (81)(2001 Ed.) and denies all other allegations contained in the unnumbered paragraph of Plaintiffs' amended complaint.

## Count I

1-4. The Defendant is without sufficient knowledge or information upon which to admit or deny the allegations contained in paragraphs numbered one (1) through four (4) of the Plaintiffs' amended complaint.

5. The Defendant admits the allegations contained in paragraph numbered five (5) of the Plaintiffs' amended complaint.

6. The Defendant denies the allegations contained in paragraph numbered six (6) of the Plaintiffs' amended complaint.

7-8. The Defendant admits the allegations contained in paragraphs numbered seven (7) and eight (8) of the Plaintiffs' amended complaint.

9-13. The Defendant denies the allegations contained in paragraphs numbered nine (9) through thirteen (13) of the Plaintiffs' amended complaint.

## Count II

14. The Defendant incorporates its responses to paragraphs one (1) through thirteen (13) of the Plaintiffs' amended complaint in response to allegations contained in paragraph numbered fourteen (14) of the Plaintiffs' amended complaint and otherwise denies the allegations contained in paragraph numbered fourteen (14) of the Plaintiffs' amended complaint.

The Defendant denies all allegations not expressly admitted herein.

### First Affirmative Defense

The Plaintiffs' amended complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Plaintiffs' claims are barred by the decedent's sole or contributory negligence.

### Third Affirmative Defense

Plaintiffs' claims are barred by the decedent's assumption of the risk.

### Fourth Affirmative Defense

Should discovery provide a basis, WMATA reserves the right to assert that the incident in question was caused by the negligence of a person or entity not a party to this lawsuit.

### Fifth Affirmative Defense

Plaintiffs' claims are barred by the statute of limitations and/or the doctrine of laches.

### Sixth Affirmative Defense

The claims against the Defendant are barred by the doctrine of absolute immunity and/or qualified immunity.

### Seventh Affirmative Defense

Some or all of Plaintiffs' claims, including but not limited to their demand for interest, may be barred by Defendant's governmental immunity

under the WMATA Compact, D.C. Code Ann. §9-1107.01 (80) (2001).

WHEREFORE, having fully answered the amended complaint, Defendant WMATA respectfully requests that this matter be dismissed and that WMATA be awarded the costs of responding to this lawsuit.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

_____/s/_____
Carol B. O'Keeffe
Unified Bar No. 445277
General Counsel

_____/s/_____
Mark F. Sullivan
Unified Bar No. 430876
Deputy General Counsel

_____/s/_____
Kathleen A. Carey
Unified Bar No. 357990

_____/s/_____
Jeffrey C. Seaman
Unified Bar No. 466509
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1856
Attorneys for Defendant WMATA

Jury Demand

The defendant demands a trial by jury on all issues so triable.

                                              /s/  
                                          Kathleen A. Carey

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant WMATA's Answer and Jury Demand to Plaintiffs' Amended Complaint was emailed to CORLISSV @ ATT.NET to:

    Alexander & Cleaver, P.A.  
    James A. Cleaver, Esq.  
    Joseph P. Hart, Esq.  
    11414 Livingston Road  
    Fort Washington, MD 20744

                                              /s/  
                                          Kathleen A. Carey