UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH BANKS, JR., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>　　　　　Defendant. | Civil Action 06-02109 (HHK) |

ORDER DENYING MOTION AS MOOT

This matter comes before the court upon defendant's "Motion for Partial Dismissal" [#3], filed December 12, 2006. Because plaintiff has filed an amended complaint, defendant's motion to dismiss is moot. Accordingly, it is this 12th day of February 2007, hereby

**ORDERED** that defendant's "Motion for Partial Dismissal" [#3] is **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge