IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR.,
Individually and as Co-Personal
Representative of the Estate of
Mia Banks, deceased

and

MINNIE BANKS,
Individually and as Co-Personal
Representative of the Estate of
Mia Banks, deceased

    Plaintiffs,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

    Defendant.

CASE NO. 1:06CV2109 (HHK)
SC May 11, 2007 at 11:45am

**MEET AND CONFER REPORT TO THE COURT
IN COMPLIANCE WITH LOCAL RULE 16.3**

COME NOW the Plaintiffs, Elijah Banks, Jr. and Minnie Banks, by and through

counsel, ALEXANDER & CLEAVER, and JOSEPH P. HART, ESQ. and the

Defendant, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, by and

through counsel, KATHLEEN A. CAREY, to submit this report in compliance with

Local Rule 16.3 of the Rules of the United States District Court for the District of

Columbia and state that they have agreed as follows:

1. The parties do not anticipate filing any dispositive motions at this stage of the proceedings.

2. The parties do not contemplate joining any additional parties or filing any additional amendments to the pleadings at this juncture. However, if necessary, the parties will do so within the next 30 days.

3. The parties do not wish to assign this case to a Magistrate Judge.

4. At this point it is too early to determine the prospects for settlement. Counsel for the parties will be open to settlement discussions as discovery progresses.

5. At this point, the parties do not know if Alternative Dispute Resolution procedures would be useful. As discovery progresses, however, and the parties begin settlement discussions, assistance from the Court might help the parties. The parties will let the Court know if an ADR referral would be helpful.

6. The parties request that the following deadlines be established regarding summary judgment:

   a) Defendant's Motion for Summary Judgment - 30 days after completion of discovery;

   b) Plaintiffs' Opposition to Motion for Summary Judgment - 30 days thereafter;

   c) Defendant's Reply Memorandum - 10 days thereafter.

7. The parties agree to exchange initial disclosures pursuant to Federal Rule of

Civil Procedure 26(a)(1) by June 14, 2007.

8.      The parties request that the discovery remain open for 180 days after the initial status conference.

9.      The parties agree as to the following timing for exchange of expert witness reports:

        a)   Plaintiffs Expert Designation deadline -        09/30/2007

        b)   Defendant's Expert Designation deadline -      11/15/2007

10.     The parties do not believe that any Protective Orders will be necessary.

11.     The parties agree that at this time, it appears that the trial and/or discovery should not be bifurcated.

12.     The parties agree that the Court should set a Pre-Trial Conference 60 days after the close of discovery or 30 days after the Court rules on the Motion for Summary Judgment.

13.     The parties request that the Court set a trial date after any ruling on Summary Judgment motions and after the Pre-Trial Conference is held. The parties

further request that the Court schedule a final Pre-Trial Conference 30 days prior to the trial date.

Respectfully submitted,

**ALEXANDER & CLEAVER, P.A.**


By: /S/_____
James A. Cleaver, Bar # 382383
11414 Livingston Road
Fort Washington, MD 20744
(301)292-3300



By: /s/_____
Joseph P. Hart, Bar # 313502
11414 Livingston Road
Fort Washington, MD 20744
(301)292-3300
Attorneys for Plaintiffs

**WASHINGTON METROPOLITAN
   AREA TRANSIT AUTHORITY**


By: /s/_____
Kathleen A. Carey, Bar # 357990
Assistant General Counsel
600 Fifth Street, N.W. Washington, D.C. 20001
(202) 962-1496
Attorneys for the Defendant