IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH BANKS, JR., et al. | CASE NO. 1:06CV2109 |
| Plaintiffs | Judge: Kennedy, Jr. J. HHK |
| | Status Conference |
| v. | 9:45 a.m. 2/8/08 |
| | Courtroom 27A |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | |
| Defendant | |

## PRAECIPE

    The Court will please accept for filing the attached Proposed Scheduling Order ordered by the Court at the Initial Scheduling Conference on May 11, 2007 and entered electronically on May 14, 2007.

/s/ Joseph P. Hart
11414 Livingston Road
Fort Washington, Maryland 20744
(301) 292-3300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., et al.

        Plaintiffs

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

        Defendant

CASE NO. 1:06CV2109
Judge: Kennedy, Jr. J. HHK
Status Conference
9:45 a.m. 2/8/08
Courtroom 27A

## SCHEDULING ORDER

This matter having come before the Court for an Initial Scheduling Conference on May 11, 2007 and the parties, through counsel, having submitted their Scheduling Conference Report in compliance with Local Rule 16.3, the Court on this _____ day of _____, 2007 orders that the case shall proceed in accordance with the following directives and deadlines;

1. That the parties do not anticipate filing any dispositive motions at this stage of the proceedings;

2. That the parties do not contemplate joining any additional parties or filing any additional amendments to the pleadings at this juncture. However, if necessary, the parties will do so within the next 30 days of this Order;

3. That the parties do not wish to assign this case to a Magistrate Judge;

4. That the parties agree to participate in the Court Sponsored Mediation Program commencing upon the completion of discovery and continuing for a period of 60 days thereafter;

5. That the following deadlines are established regarding summary judgment:

    a. Motions for Summary Judgment - 30 days after completion of discovery;

    b. Opposition to Motions for Summary Judgment - 30 dates thereafter;

    c. Reply Memorandum - 10 days thereafter;

6. That the parties exchange initial disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1) by June 14, 2007;

7. That discovery remain open up to and including November 30, 2007;

8. That the Plaintiffs' designate expert witnesses not later than September 30, 2007;

9. That the Defendant designate expert witnesses not later than November 15, 2007;

10. That the parties do not anticipate that any Protective Order will be requested at this time; and

11. That counsel for the parties appear for a Status Conference on February 8, 2008 at 9:45 a.m. in Courtroom 27A at which time all discovery and mediation efforts shall be completed.

_____
JUDGE HENRY H. KENNEDY

cc:  jhart@alexander-cleaver.com
     kcarey@wmata.com