UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH BANKS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, <br><br> Defendant. | Civil Action 06-02109 (HHK) |

ORDER REFERRING CASE TO MEDIATION
BY THE CIRCUIT EXECUTIVE

With the consent of the parties, it is this 25th day of May, 2007, hereby

**ORDERED** that the above captioned case be referred for mediation to commence on November 1, 2007, and to conclude January 2, 2008; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this order to the Circuit Executive for the purpose of assigning a mediator; and it is further

**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

Henry H. Kennedy, Jr.
United States District Judge