UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH BANKS, JR., et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON METROPOLITAN <br> AREA TRANSIT AUTHORITY, <br><br> Defendant. | Civil Action 06-02109 (HHK) <br> Status Conference <br> 9:45 am, 02/08/08 <br> Courtroom 27A |

**PLAINTIFFS RULE 26(a) (1) INITIAL DISCLOSURES**

In accordance with Rule 26(a) (1) of the Federal Rules of Civil Procedure and the submitted Rule 26(f) Report, the Plaintiffs Elijah Banks, Jr., et al. (herein Plaintiffs), by their undersigned counsel Joseph P. Hart and the Law Offices of Alexander & Cleaver, P.A., hereby submits their Rule 26(a) (1) Initial Disclosures to Defendant.

**I. PRELIMINARY STATEMENT**

Plaintiffs continue to pursue their investigation and analysis of the facts and the law relating to this case and have not completed substantial discovery. Therefore, Plaintiffs provide these Initial Disclosures without prejudice to their right to add to, modify, or otherwise change or amend these Initial Disclosures based on any subsequent facts or interpretation thereof. All disclosures contained herein reflect the records and information presently and reasonably available to Plaintiffs. Plaintiffs have made a good faith effort in gathering the information disclosed.

Plaintiffs' Initial Disclosures are made expressly subject to, and without in any way, waiving any objections to the competency, relevancy, materiality, privilege, or admissibility as evidence, or for any other purpose, of any of the matters referred to herein at any proceeding, including the trial of this action or any subsequent proceeding.

**II. INITIAL DISCLOSURES**

Subject to the objections and qualifications set forth above, the Plaintiffs provide the following disclosures pursuant to Rule 26(a)(1)(A) - (D).

    A.   RULE 26(a) (1) (A) DISCLOSURES: INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Based upon the information presently available, the Plaintiffs believe that the following individuals are likely to have discoverable information that they may use to support their claims and/or defenses, unless solely for impeachment. The individuals listed are fact witnesses and/or Plaintiffs and have knowledge of the Defendant's tortious act that occurred on December 22, 2005 resulting in the death of Mia Banks.

## Witnesses

| | | |
|---|---|---|
| Elijah Banks<br>15197 Valley Stream Dr.<br>Woodbridge, VA | Minnie Banks<br>3114 Brightseat Rd.<br>Landover, MD 20785 | Johnette Hedgepath<br>1414 Iverson St.<br>No. 101<br>Oxon Hill, MD<br>(202) 678-5017 |
| Ruth Nash<br>752 Atlantic St., SE<br>Washington, D.C. 20032<br>(202) 373-0130 | Kimberly Mallory<br>1717 S St., SE<br>No. 308<br>Washington, D.C. 20020<br>Home: (202) 889-3421<br>Work: (202) 712-0355 | Sheila L. Webb<br>5704 Birchview Pl.<br>Clinton, MD 20735<br>Home: (301) 877-4936<br>Work: (202) 619-3757 |
| Theresa L. Green<br>6005 Selwood Pl.<br>Springfield, VA 22152<br>Home: (703) 923-9490<br>Work: (202) 401-6166 | John Jarman<br>Hubert Humphrey Bldg.<br>Rm. 709H<br>200 Independence Ave. SW<br>Washington, D.C. 20201<br>Work: (202) 205-0677 | Kenneth S. Riley<br>4107 Offut Dr.<br>Suitland, MD 20746<br>Home: (301) 568-2977<br>Work: (202) 690-7137 |
| Cindy Thomas (Smith)<br>The Ford Bldg.<br>3rd & D St. SW<br>Washington, D.C.<br>Home: (301) 794-7774<br>Work: (202) 226-9785 | Kathyrn Jones<br>Department of Transportation<br>409 3rd St. SW, Suite 301<br>Washington, D.C.<br>Work: (202) 260-8567 | Bob Norman<br>Department of Transportation<br>409 3rd St. SW<br>Suite 301<br>Washington, D.C.<br>(202) 260-5662 |
| Scott E. Beland<br>10213 Warfield St.<br>White Plains, MD 20695<br>Home: (301) 885-2662<br>Cell: (240) 299-6100<br>Work: (202) 225-6176 | Roberta A. Sorensen<br>11846 Simpson Rd.<br>Clarksville, MD 21209<br>Home: (301) 617-0116 | Twamita L. Simpson<br>7010 Emerson St.<br>Hyattsville, MD<br>Home: (301) 322-8238<br>Work: (202) 633-6958 |

| | | |
|---|---|---|
| John P. Greenwell<br>612 Hunting Ridge Dr.<br>Frederick, MD 21703<br>Home: (301) 631-0353<br>Cell: (240) 674-2230 | Terrie Walker-Cole<br>14609 London Ln.<br>Bowie, MD 20715<br>Home: (301) 809-6656<br>Work: (202) 401-8214 | Catherine Gordon<br>1711 Massachusetts Ave.<br>NW, Apt. 208<br>Washington, D.C. 20036<br>(202) 667-4974<br>(202) 205-6405 |
| Matthew T. Johnson<br>3003 8th St. SE<br>Washington, D.C.<br>(202) 249-0942 | Michael Anderson<br>3352 Brothers Pl. S.E., No. 4<br>Washington, D.C.<br>(202) 562-1773 | |

**Investigators/Police/EMS**

| | | |
|---|---|---|
| Sheryl Harley, Badge IV0067<br>Investigator<br>Metropolitan Police Dept.<br>Vehicular Homicide Squad<br>MCIU1215 3rd St. NE<br>Washington, D.C. 20002<br>Work: (202) 698-7428<br>Cell: (202) 391-6831 | Officer Robert T. Taylor,<br>Responding Officer<br>Metropolitan Police Dept.<br>1215 3rd St. NE<br>Washington, D.C.<br>(202) 497-1440 | Lt. Kevin L. Stuart<br>DC Fire & EMS Dept.<br>Engine Co. 13<br>450 6 St. SW<br>Washington, D.C. 20024<br>(202) 673-3213 |
| John Soroka<br>U.S. Attorney<br>District of Columbia | Scott Muntz<br>Officer Technician<br>U.S. Secret Service Uniformed<br>Division<br>Forensic Services Division<br>950 H St. NW<br>Washington, D.C. 20008 | Mario Documet<br>Officer Technician<br>U.S. Secret Service<br>Uniformed Division<br>Forensic Services Division<br>950 H St. NW<br>Washington, D.C. 20008 |
| Salomon<br>Paramedic Crew Member 601<br>DC Fire & EMS Dept. | Egglestop<br>Paramedic Crew Member 2096<br>DC Fire & EMS Dept. | Dr. Vaziri<br>Pronouncing Physician<br>George Washington<br>Hospital |
| Vincent E. Hill, M.D.<br>Medical Examiner<br>DC Dept. of Health<br>1910 Massachusetts Ave. SE<br>Washington, D.C. 20003 | Anthony L. Maturo<br>Officer Technician<br>U.S. Secret Service<br>Uniformed Division<br>Forensic Services Division<br>950 H St. NW<br>Washington, D.C. 20008 | Percy White<br>Officer Technician<br>U.S. Secret Service<br>Uniformed Division<br>Forensic Services Division<br>950 H St. NW<br>Washington, D.C. 20008 |

**Experts**

| | |
|---|---|
| Thomas C. Borzilleri, Ph.D. | Sharon L. Reavis, RN, MS, CRC, CCM |
| Economic Consultant | Health Information Resources, Inc. |
| 6701 Democracy Blvd. | Concourse Commons, Suite 101 |
| Suite 300 | 11520 Nuckols Rd. |
| Bethesda, MD 20817 | Glen Allen, VA 23059 |
| (202) 862-8630 | (804) 747-4316 |

B. Rule 26(a) (1) (B) DISCLOSURES: DESCRIPTION BY CATEGORY AND LOCATION OF DOCUMENTS THAT MAY SUPPORT CLAIMS AND/OR DEFENSES

All documents referenced are located at counsel for the Plaintiffs office and are available for inspection and reproduction. Counsel for the Plaintiffs provided all documents referenced to Defendant prior to the scheduling conference.

C. Rule 26(a) (1) (C) DISCLOSURES: COMPUTATION OF DAMAGES

The Plaintiffs assert damages resulting from the conscious pain and suffering of Mia Banks; costs associated with the medical care and burial of Mia Banks; and costs associated with administering Ms. Banks estate; the value of services lost to her mother, Minnie Banks, as well as lost earnings and wages suffered by the Estate of Mia Banks. Plaintiffs also assert damages resulting from litigation including costs and experts' fees and attorney fees.

Subject to the objections and qualifications set forth above, the documents or other evidentiary material, not privileged or protected from disclosure, on which the above computation is based, were provided to the Defendant prior to the scheduling conference. The Plaintiffs continue to investigate this matter and reserve the right to amend this statement and set forth additional forms and amounts of damages.

D. Rule 26(a) (1) (D) DISCLOSURES: INSURANCE AGREEMENTS

Geico Indemnity Company paid $2500.00 towards Mia Banks' funeral expenses under her Mother's personal PIP insurance policy. The PIP policy number is 0107316900101033.

Based upon the information presently available, the Plaintiffs are not aware of any further applicable insurance agreements.

As stated above, Plaintiffs reserve the right to amend or supplement these disclosures when and if new information is discovered.

Respectfully submitted,

ALEXANDER & CLEAVER, P.A.


By: _____
     JOSEPH P. HART
     D.C. Bar No. 313502
     11414 Livingston Rd.
     Fort Washington, MD 20744
     (301) 292-3300
     (301) 292-3264 fax
     jhart@alexander-cleaver.com
     *Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing has been served upon the following by electronic filing and  by placing a copy of the same in the U.S. Mail, first class postage prepaid, this 13th day of June, 2007:

Kathleen A. Carey, Esquire
Assistant General Counsel
WMATA
600 5th St., NW
Washington, D.C. 20001
*Attorneys for the Defendant, WMATA*

                By: _____
                  JOSEPH P. HART
                  D.C. Bar No. 313502
                  *Attorney for the Plaintiffs*