IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH BANKS, JR.,<br>Individually and as Co-Personal<br>Representative of the Estate of<br>Mia Banks, deceased<br><br>and<br><br>MINNIE BANKS,<br>Individually and as Co-Personal<br>Representative of the Estate of<br>Mia Banks, deceased<br><br>    Plaintiffs,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>    Defendant. | CASE NO. 06-2109 (HHK) |

DEFENDANT WMATA'S RULE 26(a)(1) INITIAL DISCLOSURES

The defendant, through counsel, comes before this Court and identifies the following in accordance with the requirements of Fed. R. Civ. Proc. 26(a)(1):

Individuals Likely to Possess Discoverable Information

1. Tyrus T. Dowtin
   BTRA Superintendent
   WMATA
   Washington, D.C.

2. Edward Russell
   BMNT Superintendent
   WMATA - Landover, MD

3. Officer Singley
   Metro Transit Police

4.  Officer Sheryl R. Harley
    Metropolitan Police Department
    District of Columbia
    MCIU

5.  Adrienne Fields
    Safety Officer
    WMATA - SARP
    Bladensburg, MD

6.  Matthew Johnson
    Former WMATA Bus Operator
    3003 8th Street, S.E.
    Washington, D.C.
    202-249-0942

7.  Michael Anderson
    3352 Brothers Place, S.E. #4
    Washington, D.C.
    202-562-1773

8.  Johnette Hedgepath
    1414 Iverson Street, #101
    Oxon Hill, MD

9.  Ruth Nash
    752 Atlantic Street, S.E.
    Washington, D.C. 20032
    202-373-0130

10. Kimberly Mallory
    1717 S Street, S.E. #308
    Washington, D.C.
    202-889-3421

11. Terri Walker-Cole
    14609 London Lane
    Bowie, MD 20715

12. Jonathan G. Gray
    Metro Transit Police

Documents That May Support Claims and/or Defenses

1.  Bus Operator's Report

2.  Street Supervisor's Report

3.  MTP Event Report

4.  Report of WMATA Investigation with photographs on the scene

5.  Metropolitan Police Department Report PD-10

The above-referenced documents are in the possession of counsel for WMATA and are available for review at a mutually acceptable time.

Computation of Damages

Not applicable at this time.  The defendant may elect to identify an economist to prepare a report regarding some or all elements of damage claimed by the plaintiff.  However, at this time, such a decision has not been made and subsequently there are no disclosures.

Insurance

WMATA is self-insured.

> Respectfully submitted,
> WASHINGTON METROPOLITAN AREA
> TRANSIT AUTHORITY
>     /s/
> Kathleen A. Carey
> Unified Bar No. 357990
>     /s/
> Jeffrey C. Seaman
> Unified Bar No. 466509
> Assistant General Counsel
> 600 Fifth Street, N.W.
> Washington, D.C.  20001
> (202) 962-1856
> Attorneys for Defendant WMATA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant WMATA's Rule 26(a)(1) Submission was emailed this 19th day of June, 2007 to CORLISSV @ ATT.NET to:

>Alexander & Cleaver, P.A.
>James A. Cleaver, Esq.
>Joseph P. Hart, Esq.
>11414 Livingston Road
>Fort Washington, MD 20744

                                                /s/
                                   Kathleen A. Carey