IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., et al.

        Plaintiffs

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

        Defendant

CASE NO.06-02109 (HHK)
Status Conference: 2/8/08

## LINE OF SUBSTITUTION OF APPEARANCE

Dear Madam Clerk:

Please Withdraw the appearance of Joseph P. Hart of the law offices of Alexander & Cleaver, P.A. as counsel for the Plaintiffs Elijah Banks and Minnie Banks, Co-Personal Representatives of the Estate of Mia D. Banks, Deceased.

        Respectfully Submitted

        Alexander & Cleaver, P.A.

BY:   /s/ James A. Cleaver
        JAMES A. CLEAVER #382383
        11414 Livingston Road,
        Fort Washington, Maryland 20744
        jcleaver@alexander-cleaver.com
        (301) 292-3300

BY:   /s/ Joseph P. Hart
        JOSEPH P. HART, ESQ., #313502

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Substitution of Appearance was on this 26th day of September , 2007 to: Kathleen A. Carey, Esquire, Assistant General Counsel, WMATA, 600 Fifth Street, N.W., Washington, D.C. 20001.

/s/ James A. Cleaver
James A. Cleaver

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., et al.

    Plaintiffs

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

    Defendant

CASE NO. 06-02109 (HHK)
Status Conference: 2/8/08

## LINE OF SUBSTITUTION OF APPEARANCE

Dear Madam Clerk:

Please Withdraw the appearance of Joseph P. Hart of the law offices of Alexander & Cleaver, P.A. as counsel for the Plaintiffs Elijah Banks and Minnie Banks, Co-Personal Representatives of the Estate of Mia D. Banks, Deceased.

Respectfully Submitted

Alexander & Cleaver, P.A.

BY: _/s/ James A. Cleaver_
JAMES A. CLEAVER #382383
11414 Livingston Road,
Fort Washington, Maryland 20744
jcleaver@alexander-cleaver.com
(301) 292-3300

BY: _/s/ Joseph P. Hart_
JOSEPH P. HART, ESQ., #313502

ALEXANDER & CLEAVER
ATTORNEYS AT LAW
Professional Association
Fort Washington Professional Park
11414 Livingston Road
Fort Washington, Maryland 20744-5146
(301) 292-3300

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., et al.

      Plaintiffs

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

      Defendant

CASE NO. 1:06CV2109
Scheduling Conf:

We, Elijah Banks and Minnie Banks do hereby consent to the Withdraw of Appearance of Joseph P. Hart as Counsel in our case and want the appearance of James A. Cleaver to remain as our Counsel in this matter.

_____     9-21-07
ELIJAH BANKS                          DATE

_____     9-21-07
MINNIE BANKS                          DATE

ALEXANDER & CLEAVER
ATTORNEYS AT LAW
Professional Association
FORT WASHINGTON PROFESSIONAL PARK
11414 LIVINGSTON ROAD
FORT WASHINGTON, MARYLAND 20744-5146
(301) 292-3300