IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIJAH BANKS, JR., et al. | * | |
| | * | CASE NO. 1:06CV2109 |
| Plaintiffs | * | Judge: Kennedy, Jr. J. HHK |
| | * | Opponent's Expert |
| v. | * | Witness Designation |
| | * | November 15, 2007 |
| WASHINGTON METROPOLITAN | * | |
| AREA TRANSIT AUTHORITY | * | |
| | * | |
| Defendant | * | |

## CONSENT MOTION TO ENLARGE DEADLINES

COMES NOW, the Defendant, through counsel and pursuant to Fed. R. Civ. P. 6(b)(2)[1], and moves this Court for an enlargement of time within which to identify expert witnesses and to complete discovery and to re-schedule the mediation. Plaintiffs consented to this Motion through counsel, James Cleaver, Esquire, by telephone conference on or about November 8, 2008. Defendant's Memorandum in support of this Motion is attached.

                                            Respectfully submitted,

                                            /s/
                                    Kathleen A. Carey, #357990
                                    Assistant General Counsel
                                    600 Fifth Street, N.W.
                                    Washington, D.C. 20001
                                    (202) 962-1496
                                    Attorney for Defendant WMATA

---

[1]This motion was prepared for filing and serving on November 15, 2007. However, through an administrative miscommunication it was not timely filed, and therefore, it is brought before the Court, not pursuant to 6(b)(1), but 6(b)(2).

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Motion to Enlarge Deadlines was served by efile on November 16, 2007 to:

Alexander & Cleaver, P.A.
James A. Cleaver, Esq.
11414 Livingston Road
Fort Washington, MD 20744

/s/
Kathleen A. Carey, #357990

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIJAH BANKS, JR., et al. | * | |
| | * | CASE NO. 1:06CV2109 |
| Plaintiffs | * | Judge: Kennedy, Jr. J. HHK |
| | * | Opponent's Expert |
| v. | * | Witness Designation |
| | * | November 15, 2007 |
| WASHINGTON METROPOLITAN | * | |
| AREA TRANSIT AUTHORITY | * | |
| | * | |
| Defendant | * | |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO ENLARGE DEADLINES AND TO RESCHEDULE THE MEDIATION**

1. This action arises from the death of Plaintiffs' daughter, Mia Banks when struck by a Metro bus at 3rd and D Street, S.W., Washington, D.C. on December 22, 2005.

2. Plaintiffs as Co-Personal Representatives of the Estate of Mia Banks filed a complaint for wrongful death and survival in the Superior Court of the District of Columbia which was removed to this Court.

3. Defendant comes before this Court to request an enlargement of time within which to identify expert witnesses, complete discovery and participate in mediation.

4. Counsel for Plaintiffs, James A. Cleaver, Esquire has consented to Defendant's requests.

5. Currently, the Defendant was to identify expert witnesses on November 15, 2007. However, the experts identified by Plaintiffs were not available for depositions before November 15, 2007. John W. Adams, M.D. was deposed November 16, 2007 and Gregory Compton, M.D. is scheduled for deposition on November 19, 2007. Expert Sharon Reavis is not available until December 21, 2007 for deposition. Defendant's counsel only recently (November 13, 2007) received the expert report from Dr.

Compton.

6.      Additional time is needed for defense counsel to depose the Plaintiffs' experts and to provide material to its defense experts in order that a complete expert witness statement can be prepared.  Therefore, Defendant requests that it be allowed until December 31, 2007 to identify its experts, and that the close of discovery be moved to January 31, 2008.

7.      Moving the date for the close of discovery to January 31, 2008 will require continuing the date for mediation which is currently scheduled for January 4, 2008.  Counsel requests that mediation take place following the close of discovery.

8.      This Court has set a Scheduling Conference for February 8, 2008 in Courtroom 27A at 9:45 a.m.

9.      There have been no previous discovery continuances requested by either party and this continuance should not interfere with the scheduled activity by the Court in this case.

WHEREFORE, in the interests of justice, good cause having been shown and for the reasons stated herein and for any other reasons which the Court deems just and equitable, Defendant, pursuant to Fed. R. Civ.P.6(b)(1), respectfully requests

that this Court enlarge deadlines as requested.

                                                    Respectfully submitted,

                                                        /s/
                                                Kathleen A. Carey, #357990
                                                Assistant General Counsel
                                                600 Fifth Street, N.W.
                                                Washington, D.C. 20001
                                                (202) 962-1496
                                                Attorney for Defendant WMATA

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIJAH BANKS, JR., et al. | * | |
| | * | CASE NO. 1:06CV2109 |
| Plaintiffs | * | Judge: Kennedy, Jr. J. HHK |
| | * | Opponent's Expert |
| v. | * | Witness Designation |
| | * | November 15, 2007 |
| | * | |
| WASHINGTON METROPOLITAN | * | |
| AREA TRANSIT AUTHORITY | * | |
| | * | |
| Defendant | * | |

### ORDER GRANTING DEFENDANT'S CONSENT MOTION

Upon Motion by Defendant and with the consent of counsel for Plaintiffs, the Court having reviewed this Motion and Memorandum, it is this ___ day of November, 2007,

ORDERED, that Defendant's Motion to Extend Time to Identify Experts and to Complete Discovery is hereby GRANTED, and it is

FURTHER ORDERED, that Defendant shall have up to and including December 31, 2007 within which to identify expert witnesses and the parties shall have up to and including January 31, 2008 within which to complete discovery, and it is

FURTHER ORDERED, that the mediation conference currently scheduled for January 4, 2008 be rescheduled to a date following the close of discovery.

_____

Judge Henry H. Kennedy
U.S. District Court for the
District of Columbia