IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIJAH BANKS, JR., et al. | * | |
| | * | CASE NO. 1:06CV2109 |
| Plaintiffs | * | Judge: Henry H. Kennedy |
| | * | Opponent's Expert |
| v. | * | Witness Designation |
| | * | December 31, 2007 |
| WASHINGTON METROPOLITAN | * | |
| AREA TRANSIT AUTHORITY | * | |
| | * | |
| Defendant | * | |

## FURTHER MOTION TO ENLARGE DEADLINES

COMES NOW, the Defendant, through counsel and pursuant to Fed. R. Civ. P. 6(b)(1), and moves this Court for an enlargement of time within which to identify expert witnesses from December 31, 2007 to and including January 18, 2008. There is no request to re-schedule any other dates including the mediation, which is currently scheduled for February 6, 2008.

Defendant's Memorandum in support of this Motion is attached.

Respectfully submitted,

_____/s/_____
Kathleen A. Carey, #357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1496
Attorney for Defendant WMATA

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Further Motion to Enlarge Deadlines was served by efile on December 31, 2007 to:

Alexander & Cleaver, P.A.
James A. Cleaver, Esq.
11414 Livingston Road
Fort Washington, MD 20744

                                                     /s/
                                   Kathleen A. Carey, #357990

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIJAH BANKS, JR., et al. | * | |
| | * | CASE NO. 1:06CV2109 |
| Plaintiffs | * | Judge: Henry H. Kennedy |
| | * | Opponent's Expert |
| v. | * | Witness Designation |
| | * | December 31, 2007 |
| WASHINGTON METROPOLITAN | * | |
| AREA TRANSIT AUTHORITY | * | |
| | * | |
| Defendant | * | |

**MEMORANDUM IN SUPPORT OF FURTHER MOTION TO ENLARGE TIME WITHIN WHICH DEFENDANT IS TO IDENTIFY EXPERT WITNESSES**

1.  This action arises from the death of Plaintiffs' daughter, Mia Banks when struck by a Metro bus at 3rd and D Street, S.W., Washington, D.C. on December 22, 2005.

2.  Plaintiffs as Co-Personal Representatives of the Estate of Mia Banks filed a complaint for wrongful death and survival in the Superior Court of the District of Columbia which was removed to this Court.

3.  Defendant comes before this Court to request an additional enlargement of time within which to identify expert witnesses.

4.  Counsel for Plaintiffs, James A. Cleaver, Esquire could not be reached to determine his position on the Defendant's request.

5.  Currently, the Defendant was to identify expert witnesses on December 31, 2007. However, only two of three Plaintiffs' experts whom Defendant sought to depose were available for deposition before December 31, 2007. Defense counsel deposed John W. Adams, M.D. on November 16, 2007 and Gregory Compton, M.D. on November 19, 2007. Expert Sharon Reavis was not available until December 21, 2007 for deposition. The parties scheduled Ms. Reavis' deposition for December 21, 2007. However, defense counsel was forced to postpone the deposition because she was still

in trial in the matter of <u>Halcomb v. Woods</u>, Civil Action No. 1:02cv01336 before Honorable Paul Friedman of this Court.

  6. Additionally, on December 11, 2007, while counsel was in trial in the above-referenced matter, counsel received the medical records of Michael E. Batipps, M.D. reflecting his medical care of Minnie Banks, mother of the decedent.  These records are relevant to that aspect of damages totaling over $400,000.00 which represents the alleged value of the care provided by the decedent to her mother who suffers from Parkinson's Disease.  These records also form the medical basis, at least in part, for the opinion of Sharon Reavis, Ph.D. as to the value of future care which the decedent would have continued to provide to her mother, but for her death.  Counsel has neither had adequate time to review the records nor to have them reviewed by a medical professional.

  7. Additional time is needed for defense counsel to depose the Plaintiffs' expert, Sharon Reavis, and to provide material to its defense experts in order that a complete expert witness statement can be prepared.  Therefore, Defendant requests that it be allowed until January 15, 2008 within which to identify its experts, and that the close of discovery remain January 31, 2008.

  8. Mediation is scheduled for February 6, 2008 and no change is being requested of that date.

  9. This Court has set a Scheduling Conference for February 8, 2008 in Courtroom 27A at 9:45 a.m.

  WHEREFORE, in the interests of justice, good cause having been shown, for the reasons stated herein and for any other reasons which the Court deems just and equitable, Defendant, pursuant to Fed. R. Civ.P. 6(b)(1), respectfully requests that this Court enlarge the time within which the defendant is permitted to identify its expert

witnesses to and including January 18, 2008, as requested.

                                                  Respectfully submitted,

                                                      /s/
                                                Kathleen A. Carey, #357990
                                                Assistant General Counsel
                                                600 Fifth Street, N.W.
                                                Washington, D.C. 20001
                                                (202) 962-1496
                                                Attorney for Defendant WMATA

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELIJAH BANKS, JR., et al. | * | |
| | * | CASE NO. 1:06CV2109 |
| Plaintiffs | * | Judge: Henry H. Kennedy |
| | * | Opponent's Expert |
| v. | * | Witness Designation |
| | * | December 31, 2007 |
| | * | |
| WASHINGTON METROPOLITAN | * | |
| AREA TRANSIT AUTHORITY | * | |
| | * | |
| Defendant | * | |

## ORDER GRANTING DEFENDANT'S MOTION

Upon Motion by Defendant, the Court having reviewed this motion and memorandum and any opposition thereto,  it is this ___ day of _____, 2008

ORDERED, that Defendant's Motion to Extend Time to Identify Experts is hereby GRANTED, and it is

FURTHER ORDERED, that Defendant shall have up to and including January 18, 2008 within which to identify expert witnesses.

_____
Judge Henry H. Kennedy
U.S. District Court for the District of Columbia

copy to:
Kathleen A. Carey
Assistant General Counsel
600 5th Street, N.W.
2nd Floor
Washington, D.C. 20001

Alexander & Cleaver, P.A.
James A. Cleaver, Esq.
11414 Livingston Road
Fort Washington, MD 20744