IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELIJAH BANKS, JR., et al.

    Plaintiff

    v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

    Defendant

### PLAINTIFF'S CONSENT TO ENLARGE DEADLINES

COMES NOW, the Plaintiff's Elijah Banks, Minnie Banks, James A. Cleaver and the law offices of Alexander & Cleaver, P.A. and in response to Defendant's Further Motion to Enlarge Deadlines filed on December 31, 2007, hereby consents to same.

    Respectfully submitted,

/s/ _____
James A. Cleaver #382383
11414 Livingston Road
Fort Washington, Maryland 20744
(301) 292-3300
Attorney for Planitiff's

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Consent to Enlarge Deadlines was served by efile on January 2, 2008 to:

Kathleen A. Carey, Esquire
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C.  20001

    /s/ _____
James A. Cleaver #382383