## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELIJAH BANKS, JR., et al. | * | |
| | * | CASE NO. 1:06CV2109 |
| Plaintiffs | * | Judge: Kennedy, Jr. J. HHK |
| | * | Mediation February 6, 2008 |
| | * | |
| | * | |
| WASHINGTON METROPOLITAN | * | |
| AREA TRANSIT AUTHORITY | * | |
| | * | |
| Defendant | * | |

### CONSENT MOTION TO RE-SCHEDULE MEDIATION AND PERMIT ADDITIONAL DEPOSITIONS TO BE CONDUCTED BY THE PARTIES

COMES NOW, the Defendant, through counsel and pursuant to Fed. R. Civ. P. 6(b)(1), and moves this Court re-schedule the mediation conference scheduled for February 6, 2008 and to permit the Defendant and Plaintiff to complete additional discovery depositions. Plaintiffs consented to this Motion through counsel, James Cleaver, Esquire, pursuant to a discussion in person on January 30, 2008. Defendant's Memorandum in support of this Motion is attached.

Respectfully submitted,

    /s/
Kathleen A. Carey, #357990
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1496
Attorney for Defendant WMATA

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Consent Motion to Permit Additional Discovery Depositions and to Continue the Mediation Conference was served by efile on February 4, 2008 to:

Alexander & Cleaver, P.A.
James A. Cleaver, Esq.
11414 Livingston Road
Fort Washington, MD 20744


                                                 /s/
                                   Kathleen A. Carey, #357990

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELIJAH BANKS, JR., et al. | *  |
|     Plaintiffs | *   CASE NO. 1:06CV2109 |
| | *   Judge: Kennedy, Jr. J. HHK |
| | *   Opponent's Expert |
| v. | *   Witness Designation |
| | *   November 15, 2007 |
| WASHINGTON METROPOLITAN | * |
| AREA TRANSIT AUTHORITY | * |
| | * |
|     Defendant | * |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO PERMIT ADDITIONAL DISCOVERY DEPOSITIONS AND TO RESCHEDULE THE MEDIATION**

1. This action arises from the death of Plaintiffs' daughter, Mia Banks when struck by a Metro bus at 3rd and D Street, S.W., Washington, D.C. on December 22, 2005.

2. Plaintiffs as Co-Personal Representatives of the Estate of Mia Banks filed a complaint for wrongful death and survival in the Superior Court of the District of Columbia which was removed to this Court.

3. Defendant comes before this Court to request an enlargement of time within which both plaintiffs and defendant may complete additional discovery depositions and to participate in mediation.

4. Counsel for Plaintiffs, James A. Cleaver, Esquire has consented to Defendant's requests.

5. Currently, the remaining fact witnesses in this case are scheduled for deposition on February 12, 2008. Plaintiffs' expert witness, Michael Batipps, M.D. is scheduled for deposition on February 14, 2008 and Plaintiff's expert witness, Sharon Reavis, is scheduled for deposition on February 22, 2008. The latter two depositions are necessary to obtain information regarding the loss projection which pertains to over $500,000.00 in loss of services which the decedent was providing to her mother, who is

ill with Parkinson's disease.

6.      Moving the date for the close of discovery to March 7, 2008, will require continuing the date for mediation which is currently scheduled for February 6, 2008. Counsel requests that mediation take place following the close of discovery.

8.      This Court has set a Scheduling Conference for February 8, 2008 in Courtroom 27A at 9:45 a.m.

9. Counsel for Defendant has notified Attorney Steven Umin, the Court appointed mediator that the Defendant would be requesting a continuance of the mediation date.

WHEREFORE, in the interests of justice, good cause having been shown and for the reasons stated herein and for any other reasons which the Court deems just and equitable, Defendant, pursuant to Fed. R. Civ.P.6(b)(1), respectfully requests that this Court may grant the relief requested.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Kathleen A. Carey, #357990
                                        Assistant General Counsel
                                        600 Fifth Street, N.W.
                                        Washington, D.C. 20001
                                        (202) 962-1496
                                        Attorney for Defendant WMATA

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELIJAH BANKS, JR., et al. * | |
| * | CASE NO. 1:06CV2109 |
| Plaintiffs * | Judge: Kennedy, Jr. J. HHK |
| * | |
| v. * | |
| * | |
| * | |
| WASHINGTON METROPOLITAN * | |
| AREA TRANSIT AUTHORITY * | |
| * | |
| Defendant * | |

**<u>ORDER GRANTING DEFENDANT'S CONSENT MOTION</u>**

Upon Motion by Defendant and with the consent of counsel for Plaintiffs, the Court having reviewed this Motion and Memorandum, it is this ___ day of February, 2008,

ORDERED, that Defendant's Motion to Modify Discovery and Mediation Dates is hereby GRANTED, and it is

FURTHER ORDERED, that the parties are permitted to conduct the remaining depositions by March 7, 2008, and it is

FURTHER ORDERED, that the mediation conference currently scheduled for February 6, 2008 be rescheduled to a date following the close of discovery.

_____
Judge Henry H. Kennedy
U.S. District Court for the
District of Columbia

copy to:
Alexander & Cleaver, P.A.
James A. Cleaver, Esq.
11414 Livingston Road
Fort Washington, MD 20744

Kathleen A. Carey
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001