IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH BANKS, JR., | ) |
| and | ) |
| MINNIE BANKS, | ) |
| Individually and as Co-Personal Representatives of the Estate of Mia Banks, deceased | ) CASE NO. 06-2109 (HHK) |
| Plaintiffs, | ) |
| v. | ) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through counsel, come before this Court and request that the Clerk entered this case as settled and dismissed with prejudice. Each party to bear its own costs and fees.

Respectfully submitted,

ALEXANDER & CLEAVER, P.A.          WASHINGTON METROPOLITAN AREA
                                                                  TRANSIT AUTHORITY

     /s/                                                                        /s/
James A. Cleaver, Esq, #382383           Kathleen A. Carey, #357990
Alexander & Cleaver, P.A.                     Assistant General Counsel
11414 Livingston Road                          600 Fifth Street, N.W.
Fort Washington, MD 20744                 Washington, D.C. 20001
301-292-3300                                         (202) 962-1496
Counsel for Plaintiffs                              Counsel for WMATA